UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
CIVIL ACTION NO.:

*Electronically filed*

NEIL SINGLETON                                                              PLAINTIFF

v.

## **PETITION FOR REMOVAL**
***Electronically Filed***

FRED T. BALDWIN and
WOODS BROTHERS TRUCKING, LLC                          DEFENDANTS

* * * * * * * * *

Come the Defendants, Fred T. Baldwin and Woods Brothers Trucking, LLC, by and through counsel, and hereby file this Notice of Removal of the above-captioned action from the Rockcastle Circuit Court to the United States District Court, Eastern District, Southern Division in London, Laurel County, Kentucky. In support of the Notice of Removal, the Defendants state as follows:

1.     The Petitioners are Defendants in the above-styled civil action brought in Rockcastle Circuit Court, and entitled Neil Singleton v. Fred T. Baldwin and Woods Brothers Trucking, LLC, being Civil Action No. 21-CI-00175.

2.     To the best of Petitioners' knowledge and belief, Plaintiff filed his Complaint in the Rockcastle Circuit Court on or about September 1, 2021. The Defendants first received notice of this action on or about October 6, 2021, by way of restricted delivery from the Kentucky Secretary of State's Office. No Answer has been served at this time, although counsel for Woods Brothers Trucking, LLC entered a Notice of Entry of Appearance on or about October 8, 2021. Copies of all process and pleadings attempted to be served upon these Defendants are attached hereto as

Exhibit A and in compliance with 28 U.S.C. Section 1446(a). The Petitioners state that Defendant, Fred T. Baldwin, has not been served with Summons and Complaint.

3.      The action filed by the Plaintiff in Rockcastle Circuit Court is removable to this Court pursuant to 28 U.S.C. Section 1332 as the matter in controversy allegedly exceeds the sum of $75,000, exclusive of interest and costs, and is between parties of different states. The Plaintiff, to the best of Petitioners' knowledge and belief, has a domicile in the State of Georgia, and the Defendants are all domiciled in the State of Ohio, and Woods Brothers Trucking, LLC, is a foreign corporation with its principle place of business being Finley, Ohio. Therefore, this matter is properly removable under 28 U.S.C. Section 1441(a).

4.      Venue would be appropriate in the Eastern District, Southern Division, London, Laurel County, Kentucky of this Court because the alleged acts or omissions set forth in the Complaint occurred in or about Rockcastle County, Kentucky.

5.      This Notice of Removal is filed pursuant to 28 U.S.C. Section 1441 et. seq. within 30 days after the Defendants secured knowledge of service of Summons and Complaint.

Wherefore, the Defendants, Fred T. Baldwin and Woods Brothers Trucking, LLC, respectfully request that this Notice of Removal be filed, that the Civil Action No. 21-CI-00175 currently pending in Rockcastle County, be removed to and proceed in this Court and that no further procedures be had in the Rockcastle Circuit Court.

Respectfully submitted,

JOHN G. MCNEILL (KY #46820)
LANDRUM & SHOUSE, LLP
106 West Vine Street
PO Box 951
Lexington, KY  40588-0951
jmcneill@landrumshouse.com
Telephone:   859-255-2424
Facsimile:    859-233-0308

BY:    */s/  JOHN G. MCNEILL*
ATTORNEY FOR DEFENDANTS


## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has this 21st day of October, 2021, the foregoing

document was electronically filed with the ECF system, which will send notification of such filing

to the following:

Shea W. Conley
Morgan & Morgan, Kentucky, PLLC
333 West Vine Street, Suite 1200
Lexington, KY  40507
sconley@forthepeople.com
*Counsel for Plaintiff*


BY:    */s/  JOHN G. MCNEILL*
ATTORNEY FOR DEFENDANTS