

**KENTUCKY**
COURT OF JUSTICE

21-CI-00175

### SINGLETON, NEIL VS. BALDWIN, FRED T. ET AL
**ROCKCASTLE CIRCUIT COURT**
Filed on 09/01/2021 as AUTOMOBILE with HON. JOHN G. PRATHER JR.
**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Case Memo | 21-CI-00175 |
|---|---|

*AUTOMOBILE*

| Parties | 21-CI-00175 |
|---|---|

**BALDWIN, FRED T. as DEFENDANT / RESPONDENT**

**Memo**
Alternative Service Address exists.

**Address**
14849 COUNTY HWY 71
UPPER SANDUSKY OH 43351

**Summons**
CIVIL SUMMONS issued on 09/01/2021 by way of LONG ARM STATUTE - SOS - RESTRICTED DELIVERY
*9/10/21 GREENCARD RETURNED STATING DELV'D TO SEC OF STATE*

**SINGLETON, NEIL as PLAINTIFF / PETITIONER**

**Address**
120 RABUN AVE.
REIDSVILLE GA 30453

**WOODS BROTHERS TRUCKING, LLC as DEFENDANT / RESPONDENT**

**Memo**
Registered Agent of Service exists.

**Address**
8215 COUNTY RD. 86
FINDLAY OH 45840

**Summons**
CIVIL SUMMONS issued on 09/01/2021 by way of LONG ARM STATUTE - SOS - RESTRICTED DELIVERY
*9/9/21 GREENCARD RETURNED STATING DELV'D TO SEC OF STATE 9/7/21SER VED BY SEC OF STATE 9-17-21*

**CONLEY, SHEA WILLIAM as ATTORNEY FOR PLAINTIFF**

**Address**
MORGAN & MORGAN, KENTUCKY PLLC
333 WEST VINE STREET, SUITE 1200
LEXINGTON KY 40507

**MCNEILL, JOHN as ATTORNEY FOR DEFENDANT**

**Address**
LANDRUM & SHOUSE LLP
106 W. VINE ST.
LEXINGTON KY 40507

**BALDWIN, FRED T. as ALTERNATIVE SERVICE ADDRESS**

**Address**
14849 TOWNSHIP HIGHWAY 71
UPPER SANDUSKY OH 43351

UPPER SANDUSKY OH 45551

**Summons**

**CIVIL SUMMONS** issued on **10/01/2021** by way of **LONG ARM STATUTE - SOS - RESTRICTED DELIVERY**
*SEC OF STATE SERVED 10-6-21*

**WOODS, RANDALL as REGISTERED AGENT OF SERVICE**

**Memo**

Related party is WOODS BROTHERS TRUCKING, LLC

**Address**

8215 COUNTY RD. 86
FINDLAY OH 45840

---

**Documents**                                                                 **21-CI-00175**

**COMPLAINT / PETITION** filed on **09/01/2021**

**INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS** filed on **09/01/2021**

**INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS** filed on **09/01/2021**
*DISCOVERY TO WOODS BROTHERS TRUCKING, LLC*

**CORRESPONDENCE** filed on **10/01/2021**
*FROM SEC OF STATE WITH ATTACHED GREEN CARD SHOWING DELIVERY ON 9-17- 21*

**ENTRY OF APPEARANCE** filed on **10/08/2021**
*COUNSEL FOR FRED T. BALDWIN*

**RETURN OF SERVICE** filed on **10/11/2021**
*CERTIFIED MAIL CARD RET.'D SHOWING DELIVERY TO SEC OF STATE 10-6-21*

**Images**                                                                    **21-CI-00175**

**COMPLAINT / PETITION** filed on **09/01/2021**   *Page(s): 7*

**SUMMONS** filed on **09/01/2021**   *Page(s): 1*

**SUMMONS** filed on **09/01/2021**   *Page(s): 1*

**INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS** filed on **09/01/2021**   *Page(s): 5*

**INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS** filed on **09/01/2021**   *Page(s): 12*

**COURTESY FINANCIAL TRANSACTION REPORT** filed on **09/01/2021**   *Page(s): 1*

**SUMMONS** filed on **10/01/2021**   *Page(s): 1*

**COURTESY FINANCIAL TRANSACTION REPORT** filed on **10/01/2021**   *Page(s): 1*

**ENTRY OF APPEARANCE** filed on **10/08/2021**   *Page(s): 2*

**** End of Case Number : 21-CI-00175 ****

Filed          21-CI-00175          09/01/2021          Eliza Jane York-Hansel, Rockcastle Circuit Clerk
NOT ORIGINAL DOCUMENT
10/21/2021 11:22:08 AM
90489-14

COMMONWEALTH OF KENTUCKY
ROCKCASTLE CIRCUIT COURT
CIVIL ACTION NO.: 21-CI-_____
DIVISION _____
*Electronically Filed*

NEIL SINGLETON                                                    PLAINTIFF

v.

FRED T. BALDWIN                                                  DEFENDANTS
**Serve via Kentucky Secretary of State**:
Fred T. Baldwin
14849 County HWY 71
Upper San, OH 43551

and

WOODS BROTHERS TRUCKING, LLC
**Serve via Kentucky Secretary of State**:
Randall Woods, Registered Agent
8215 County Rd. 86
Findlay, OH 45840

---

## COMPLAINT

---

Plaintiff, Neil Singleton, for his Complaint against Defendants, Fred T. Baldwin and Woods Brothers Trucking, LLC, state as follows:

### PARTIES, JURISDICTION, AND VENUE

1.      Plaintiff, Neil Singleton, is a citizen and resident of the State of Georgia residing at 120 Rabun Ave., Reidsville, GA 30453.

2.      At all relevant times, Defendant, Fred T. Baldwin ("Defendant Baldwin"), is a citizen and resident of the State of Ohio, residing at 14849 County HWY 71, Upper San, OH 43551 and can receive service at that address through the Kentucky Secretary of State.

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

COM : 000001 of 000007

1

Filed        21-CI-00175        09/01/2021        Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                        NOT ORIGINAL DOCUMENT
                                                        10/21/2021 11:22:08 AM
                                                        90489-14

3.        At all relevant times, Defendant, Woods Brothers Trucking, LLC ("Defendant Woods

Brothers"), is an Ohio company established and existing under the laws of the State of Ohio, with its

principal place of business located at 8215 County Rd. 86, Findlay, OH 45840.

4.        Upon information and belief, Defendant Woods Brothers has designated Randall

Woods as its registered agent of process, who can receive service at 8215 County Rd. 86, Findlay,

OH 45840.

5.        At all relevant times, Defendant Baldwin, was the employee, agent, servant, and/or

statutory employee for Defendant Woods Brothers, operating for the benefit of, in furtherance of the

interests of and/or within the course and scope of his employment with Defendant Woods Brothers.

Accordingly, Defendant Woods Brothers is vicariously liable for the acts of Defendant Baldwin.

6.        The amount in controversy exceeds the minimum amount necessary to establish the

jurisdiction of this Court.

7.        Venue is appropriate because the tractor-trailer collision giving rise to this lawsuit

occurred in Mount Vernon, Rockcastle County, Kentucky, on July 15, 2020.

### COUNT I – COMMON LAW NEGLIGENCE AGAINST DEFENDANTS BALDWIN AND WOODS BROTHERS

8.        On or about July 15, 2020, in Mount Vernon, Rockcastle County, Kentucky,

Defendant Baldwin was operating a 2015 tractor with attached box trailer, and traveling northbound

on Interstate 75 in the righthand lane.

9.        Upon information and belief, the 2015 tractor with attached box trailer was operated

by Defendant Baldwin on behalf of his employer, Defendant Woods Brothers.

10.       As Defendant Baldwin was traveling northbound on Interstate 75 he failed to stay in

his lane of travel, and failed to observe the 2017 Jeep Wrangler traveling northbound in the center

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

COM : 000002 of 000007

Filed        21-CI-00175        09/01/2021        Eliza Jane York-Hansel, Rockcastle Circuit Clerk

Filed          21-CI-00175          09/01/2021          Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                                          NOT ORIGINAL DOCUMENT
                                                                          10/21/2021 11:22:08 AM
                                                                          90489-14

lane, in which Plaintiff was the restrained driver. Suddenly and without warning, Defendant Baldwins trailer crossed over into the center lane striking Plaintiff's vehicle.

11.     Defendant Baldwin then continued to travel down interstate 75, forcing Plaintiff to follow Defendant Baldwin and signal for him to stop.

12.     Defendant Baldwin operated the 2015 tractor-trailer in a negligent, careless, and reckless manner, causing serious injuries to Plaintiff, for which Defendant Woods Brothers is vicariously liable.

13.     As a direct and proximate result of the gross negligence and carelessness of Defendants Baldwin and Woods Brothers, the Plaintiff, Neil Singleton, sustained temporary and permanent injuries to his body, causing great physical and mental pain and anguish, including the loss of enjoyment of life and impairment of earning capacity, and Plaintiff, Neil Singleton, will continue to suffer such damages in the future, as his injuries are permanent in nature, and incurred large sums of money for physicians and medical expenses in treatment; and is at the increased likelihood of future complications due to the severity and permanent nature of his injuries.

### COUNT II – NEGLIGENCE *PER SE*
### AGAINST DEFENDANTS BALDWIN AND WOODS BROTHERS

14.     Plaintiff adopts and reiterates each and every allegation above, as if set out fully in this paragraph.

15.     Defendant Baldwin violated state and federal statutes and regulations, including but not limited to KRS 189.290, KRS 189.330, 189.338, KRS 189.390, 601 KAR 1:005 and 49 C.F.R. §§ 350-399, which were promulgated to protect the safety of a class of people that includes Plaintiff, and constitutes negligence *per se* pursuant to KRS 446.070 and Kentucky case law, for which Defendant Woods Brothers is vicariously liable.

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

COM : 000003 of 000007

3

Filed                21-CI-00175        09/01/2021        Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                          NOT ORIGINAL DOCUMENT
                                                          10/21/2021 11:22:08 AM
                                                          90489-14

16.     The injuries sustained by Plaintiff are of the type which these statutes seek to prevent and that such injuries were proximately caused by Defendant Baldwin's violation of these statutes, for which Defendant Woods Brothers is vicariously liable.

17.     As a direct and proximate result of the gross negligence and negligence *per se* of Defendants Baldwin and Woods Brothers, the Plaintiff, Neil Singleton, sustained temporary and permanent injuries to his body, causing great physical and mental pain and anguish, including the loss of enjoyment of life and impairment of earning capacity, and Plaintiff, Neil Singleton, will continue to suffer such damages in the future, as his injuries are permanent in nature, and incurred large sums of money for physicians and medical expenses in treatment; and is at the increased likelihood of future complications due to the severity and permanent nature of his injuries.

### COUNT III – NEGLIGENT HIRING, TRAINING, SUPERVISING AND ENTRUSTMENT AGAINST DEFENDANT WOODS BROTHERS

18.     Plaintiff adopts and reiterates each and every allegation above, as if set out fully in this paragraph.

19.     Defendant Woods Brothers had a duty to act reasonably in hiring, instructing, training, supervising and retaining its drivers and other employees and agents, including Defendant Baldwin, and to promulgate and enforce policies, procedures, and rules to ensure that its drivers and vehicles were reasonably safe.

20.     Defendant Woods Brothers had a duty to exercise reasonable care in entrusting its vehicles and equipment to responsible, competent, and qualified drivers.

21.     Defendant Woods Brothers was negligent, careless and reckless with regard to the duties set forth above, causing serious injury to Plaintiff, for which it is directly liable.

22.     Defendant Woods Brothers violated state and federal statutes and regulations, including but not limited to KRS 189.224, 601 KAR 1:005 and 49 C.F.R. §§ 350-399, which were

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

COM : 000004 of 000007

4

Filed          21-CI-00175          09/01/2021          Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                              NOT ORIGINAL DOCUMENT
                                                              10/21/2021 11:22:08 AM
                                                              90489-14

promulgated to protect the safety of a class of people that includes Plaintiff, and constitutes negligence

*per se* pursuant to KRS 446.070 and Kentucky case law, for which it is directly liable.

23.     As a direct and proximate result of the gross negligence, carelessness, and recklessness of Defendants Baldwin and Woods Brothers, the Plaintiff, Neil Singleton, sustained temporary and permanent injuries to his body, causing great physical and mental pain and anguish, including the loss of enjoyment of life and impairment of earning capacity, and Plaintiff, Neil Singleton, will continue to suffer such damages in the future, as his injuries are permanent in nature, and incurred large sums of money for physicians and medical expenses in treatment; and is at the increased likelihood of future complications due to the severity and permanent nature of his injuries.

### COUNT IV – PUNITIVE DAMAGES AGAINST DEFENDANT BALDWIN AND DEFENDANT WOODS BROTHERS

24.     Plaintiff adopts and reiterates each and every allegation above, as if set out fully in this paragraph.

25.     Defendant Woods Brothers and Defendant Baldwin acted recklessly, wantonly and/or with extreme indifference or reckless disregard for the consequences of their actions as well as exhibiting a reckless disregard for the life, safety and health of others, including Plaintiff, warranting the imposition of punitive damages pursuant to KRS 411.184 and 411.186.  Furthermore, punitive damages are supported by Kentucky's declaration that tractor-trailers endanger the lives and safety of the traveling public, which includes Plaintiff, pursuant to KRS 189.670, which states:

> It is hereby declared to be the public policy of this state that heavy motor trucks, alone or in combination with other vehicles, increase the cost of highway construction and maintenance, interfere with and limit the use of highways for normal traffic thereon, and endanger the safety and lives of the traveling public, and that the regulations embodied in this chapter with respect to motor trucks, semitrailer trucks and semitrailers are necessary to achieve economy in highway costs, and to permit the highways to be used freely and safely by the traveling public.

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

COM : 000005 of 000007

Filed          21-CI-00175          09/01/2021          Eliza Jane York-Hansel, Rockcastle Circuit Clerk

Filed          21-CI-00175          09/01/2021          Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                                        NOT ORIGINAL DOCUMENT
                                                                        10/21/2021 11:22:08 AM
                                                                        90489-14

26.     Defendant Woods Brothers and Defendant Baldwin acted recklessly, wantonly and/or with extreme indifference or reckless disregard for the consequences of their actions, as well as exhibiting a reckless disregard for the life, safety and health of others, including Plaintiff, as set forth above, so as to warrant the imposition of punitive damages.

27.     The imposition of punitive damages is necessary to serve as a deterrent effect to Defendants Baldwin and Woods Brothers, and all others similarly situated.

**WHEREFORE**, Plaintiff, Neil Singleton, demands judgment against Defendants Fred T. Baldwin and Woods Brothers Trucking, LLC, as follows:

A.  A trial by jury on all issues of fact herein;

B.  For actual, special, punitive, and compensatory damages permitted by law, in an amount greater than the jurisdictional minimum of this Court;

C.  For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D.  For Plaintiff's costs herein expended; and

E.  For any and all other relief to which the Plaintiff is entitled.

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

COM : 000006 of 000007

Filed          21-CI-00175          09/01/2021          Eliza Jane York-Hansel, Rockcastle Circuit Clerk

## CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

The parties notified are as follows:

Anthem BlueCross BlueShield
ATTN:  Subrogation Department
P.O. Box 659940
San Antonio, TX 78265

RESPECTFULLY submitted this 1st day of September, 2021:

/s/ Shea W. Conley
SHEA W. CONLEY
Morgan & Morgan, Kentucky, PLLC
333 West Vine Street, Suite 1200
Lexington, KY 40507
Telephone: (859) 286-8364
Facsimile: (859) 899-8108
sconley@forthepeople.com
*Counsel for Plaintiff*

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

COM : 000007 of 000007

7

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice   Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>10/21/2021 21-CI-00175<br>90488 J14<br>Court: **CIRCUIT**<br>County: **ROCKCASTLE** |

*Plaintiff,* **SINGLETON, NEIL VS. BALDWIN, FRED T. ET AL,** *Defendant*

TO:  **FRED T. BALDWIN**

   **14849 COUNTY HWY 71**

   **UPPER SANDUSKY, OH 43351**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Eliza Jane York-Hansel*

Rockcastle Circuit Clerk
Date: 9/1/2021

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

Summons ID: @00000047447
CIRCUIT: 21-CI-00175 Long Arm Statute – SOS - Restricted Delivery
SINGLETON, NEIL VS. BALDWIN, FRED T. ET AL

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

CI : 000001 of 000001



**eFiled**

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>10/21/2021 21-CI-00175<br>90480 **CIRCUIT**<br>County: **ROCKCASTLE** |

*Plaintiff,* **SINGLETON, NEIL VS. BALDWIN, FRED T. ET AL,** *Defendant*

TO:  **RANDALL WOODS**
      **8215 COUNTY RD. 86**
      **FINDLAY, OH 45840**

Memo: Related party is WOODS BROTHERS TRUCKING, LLC

The Commonwealth of Kentucky to Defendant:
**WOODS BROTHERS TRUCKING, LLC**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Eliza Jane York-Hansel*

Rockcastle Circuit Clerk
Date: **9/1/2021**

*Presiding Judge: HON. JOHN G. PRATHER JR. (628416)*

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20_____

                                             Served By

                                             Title

*CI : 000001 of 000001*

---

Summons ID: @00000047448
CIRCUIT: 21-CI-00175 Long Arm Statute – SOS - Restricted Delivery
SINGLETON, NEIL VS. BALDWIN, FRED T. ET AL



Page 1 of 1

# eFiled

Filed          21-CI-00175          09/01/2021          Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                        NOT ORIGINAL DOCUMENT
                                                        10/21/2021 11:23:08 AM
                                                        90489-14

COMMONWEALTH OF KENTUCKY
ROCKCASTLE CIRCUIT COURT
CIVIL ACTION NO.: 21-CI-_____
DIVISION _____
*Electronically Filed*

NEIL SINGLETON                                                    .     **PLAINTIFF**

v.

FRED T. BALDWIN  and
WOODS BROTHERS TRUCKING, LLC                              **DEFENDANTS**

---

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, FRED T. BALDWIN

---

Comes the Plaintiff by counsel, and for their First Set of Interrogatories and Requests for Production of Documents to Defendant, Fred T. Baldwin, states as follows:

### INTERROGATORIES:

**INTERROGATORY NO. 1**: Where were you coming from and where were you going at the time of the accident as alleged in the Complaint?

**ANSWER**:

**INTERROGATORY NO. 2**: State your purpose in driving to the destination indicated in the interrogatory above.

**ANSWER**:

**INTERROGATORY NO. 3**: Describe the exact route that you followed from the point where your trip commenced to the point where the accident occurred.

**ANSWER**:

**INTERROGATORY NO. 4**: Describe in detail how the accident occurred. If there is more than one version, describe separately and its source.

1

Presiding Judge: HON. JOHN G. PRATHER, JR. (628416)

IRPD : 000001 of 000005

Filed          21-CI-00175        09/01/2021        Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                         NOT ORIGINAL DOCUMENT
                                                         10/21/2021 11:23:08 AM
                                                         90489-14

**ANSWER:**

**INTERROGATORY NO. 5**:  State the full name and address of each person who witnessed or claims to have witnessed the accident.

**ANSWER:**

**INTERROGATORY NO. 6**:  State the full name and address of each person not named in the interrogatory above who was present or claims to have been present at the scene or immediately before, at the time of, or immediately after the accident.

**ANSWER:**

**INTERROGATORY NO. 7**:  Did you give a statement, oral, or written to anyone concerning the incidents as alleged in this suit? If so, state the name and address of such person taking such statement.

**ANSWER:**

**INTERROGATORY NO. 8**:  State the condition of the roads and the weather at the time of the accident as alleged in this suit.

**ANSWER:**

**INTERROGATORY NO. 9**:  Give the name of all insurance carriers, the policy numbers, and the monetary limits of liability coverage that were in effect for the tractor and trailer at the time of the collision.

**ANSWER:**

**INTERROGATORY NO. 10**: Were you employed within the last six (6) months prior to the collision. Please state the place of your employment, supervisors, type of work, and the length of time you were employed at each place of employment.

**ANSWER:**

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

IRPD : 000002 of 000005

Filed          21-CI-00175        09/01/2021        Eliza Jane York-Hansel, Rockcastle Circuit Clerk

Filed          21-CI-00175          09/01/2021          Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                          NOT ORIGINAL DOCUMENT
                                                          10/21/2021 11:23:08 AM
                                                          90489-14

**INTERROGATORY NO. 11:** Identify as to the name and address of each person you expect

to call as an expert witness at trial and state the subject matter in which each expert witness is expected

to testify.

**ANSWER**:

**INTERROGATORY NO. 12**: List the name, address and telephone number of each person

likely to have discoverable information about the claims and defenses in this case, even if you do not

intend on calling that person as a witness.

**ANSWER**:

**INTERROGATORY NO. 13:** Has any person whose name is contained in the Answer to

the above Interrogatory given a written or recorded statement to your or your agent, if so, please state

the name and address of such person, and the name and address of the person who has the present

custody or control of each statement.

**ANSWER**:

**INTERROGATORY NO. 14**: List any and all items you intend to offer as exhibits at trial

and describe each and explain how it supports your case. In the alternative, attach copies of all such

evidence to your answers.

**ANSWER**:

**INTERROGATORY NO. 15:** Identify and describe any and all demonstrative evidence

you intend to use at trial, and describe how it supports your case. In the alternative, attach copies of

all such evidence to your answers.

**ANSWER**:

**INTERROGATORY NO. 16**: Have you, your agent, your attorneys, insurance company,

or anyone on your behalf requested and/or received any information from any computer information

3

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

IRPD : 000003 of 000005

Filed        21-CI-00175        09/01/2021        Eliza Jane York-Hansel, Rockcastle Circuit Clerk
NOT ORIGINAL DOCUMENT
10/21/2021 11:23:08 AM
90489-14

source or center concerning the Plaintiff in this suit? If so, please state the name, address, and job title

of the person in possession or control of this information, the date the information was ordered, and

the name, address, and job title of the person so ordering the information, and the name of the

information source or center used.

**ANSWER**:

**INTERROGATORY NO. 17:** State whether there has been a surveillance of Plaintiff's

activities from the date of the incident(s) referred to in Plaintiff's complaint to the present, and if so

state:

(a) The names and addresses of the persons conducting said surveillance and the date or dates

said surveillance was conducted.

(b) Whether Defendant is in possession of surveillance reports, and if so, names and addresses

of those persons in possession of said reports.

(c) Whether Defendant is in possession of surveillance photographs, slides or motion pictures

depicting Plaintiff's activities. If so, the names and addresses of those persons in possession

of said reports.

**ANSWER**:

**INTERROGATORY NO. 18:** Please state whether you completed a driver's accident report

form detailing the incident of July 15, 2020?

**ANSWER**:

**REQUESTS FOR PRODUCTION OF DOCUMENTS**:

**REQUEST NO. 1**: Please produce any and all accident and/or incident reports and

investigations prepared by Defendant as a result of the crash other than the police report.

**RESPONSE**:

4

Filed        21-CI-00175        09/01/2021        Eliza Jane York-Hansel, Rockcastle Circuit Clerk

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

IRPD : 000004 of 000005

Filed          21-CI-00175          09/01/2021          Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                          NOT ORIGINAL DOCUMENT
                                                          10/21/2021 11:23:08 AM
                                                          90489-14

**REQUEST NO. 2**:  Produce copies of any and all vehicle insurance policies listed above.

**RESPONSE**:

**REQUEST NO. 3**:  Please produce copies of all photographs, video tapes, slides and motion pictures in Defendant's possession which are relevant to the allegations of Plaintiff's Complaint and Defendant's Answer and defense.

**RESPONSE**:

**REQUEST NO. 4**:  Please produce copies of all photographs, slides or motion pictures, video tapes, surveillance reports or other information identified in Interrogatory number 17 above.

**RESPONSE**:

**REQUEST NO. 5**:  Please produce any logs kept official or unofficial for the month of the collision and six (6) months prior.

**RESPONSE**:

**REQUEST NO. 6**:  Please produce the Permanent Unit File or its equivalent including, but not limited to, records relating to the repairs, maintenance, and costs for the tractor involved in the incident of July 15, 2020.

**RESPONSE**:

RESPECTFULLY submitted this 1st day of September 2021:

/s/ Shea W. Conley
Shea W. Conley, Esq.
Morgan & Morgan, Kentucky, PLLC
333 West Vine Street, Suite 1200
Lexington, KY 40507
Telephone: (859) 286-8364
Facsimile: (859) 899-8108
sconley@forthepeople.com
*Counsel for Plaintiff*

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

IRPD : 000005 of 000005

5

Filed          21-CI-00175          09/01/2021          Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                                    NOT ORIGINAL DOCUMENT
                                                                    10/21/2021 11:23:46 AM
                                                                    90489-14

COMMONWEALTH OF KENTUCKY
ROCKCASTLE CIRCUIT COURT
CIVIL ACTION NO.: 21-CI-_____
DIVISION _____
*Electronically Filed*

NEIL SINGLETON                                                    **PLAINTIFF**

v.

FRED T. BALDWIN  and
WOODS BROTHERS TRUCKING, LLC                    **DEFENDANTS**

---

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, WOODS BROTHERS TRUCKING, LLC

---

Comes the Plaintiff by counsel, and for her First Set of Interrogatories and Requests for Production of Documents to Defendant, Woods Brothers Trucking, LLC, states as follows:

**INTERROGATORIES**:

**INTERROGATORY NO. 1**: Please identify by name and title each and every person who has answered or helped answer these Interrogatories.

**ANSWER**:

**INTERROGATORY NO. 2**: Please state the full and correct name of the Defendant business entity and all parent companies and subsidiaries.

**ANSWER**:

**INTERROGATORY NO. 3**: Please state the name and address of the owner of the semi-tractor trailer and attached trailer that was involved in the incident described in the Plaintiff's Complaint for damages.

**ANSWER**:

1

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

IRPD : 000001 of 000012

Filed          21-CI-00175          09/01/2021          Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                        NOT ORIGINAL DOCUMENT
                                                        10/21/2021 11:23:46 AM
                                                        90489-14

**INTERROGATORY NO. 4**:  Please state the full name, address, date of birth, employer, and social security number of the driver of the semi-tractor trailer rig involved in the incident in question.

**ANSWER**:

**INTERROGATORY NO. 5**:  Please state whether the person listed in the interrogatory above was employed by Woods Brothers Trucking, LLC on the date of the collision. If so, describe his position and when he began working for Woods Brothers Trucking, LLC

**ANSWER**:

**INTERROGATORY NO. 6**:  If Fred T. Baldwin was <u>not</u> acting within the scope and course of his employment at the time of the collision, please state each and every fact upon which you rely to base your claim and the name, address, and employer of each and every person who has knowledge of such information.

**ANSWER**:

**INTERROGATORY NO. 7**:  Immediately following the incident of July 15, 2020, please state:

    a. The person at Woods Brothers Trucking, LLC who was first notified of the accident?
    b. The date and time this person was notified?
    c. Whether anyone at Woods Brothers Trucking, LLC created a written record of the accident, and if so, whom?
    d. Is this record kept in any Vehicle Accident Investigation File or its equivalent?
    e. Is this record kept in the ordinary course of business?
    **ANSWER**:

**INTERROGATORY NO. 8**:  Please state the name, address, and employer of each and every person known to you or your representatives who claims to have any knowledge of this circumstances surrounding the incident in question.

**ANSWER**:

2

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

IRPD : 000002 of 000012

Filed          21-CI-00175          09/01/2021          Eliza Jane York-Hansel, Rockcastle Circuit Clerk

Filed          21-CI-00175          09/01/2021          Eliza Jane York-Hansel, Rockcastle Circuit Clerk
NOT ORIGINAL DOCUMENT
10/21/2021 11:23:46 AM
90489-14

**INTERROGATORY NO. 9**:  Has Woods Brothers Trucking, LLC, or anyone acting on its behalf, ever taken or received any statement, either orally or in writing, from any person, relating to this collision? If so, please state the name of the person who gave the statement, who took the statement, its date, its substance, and whether counsel may obtain a copy of any such statement.

**ANSWER**:

**INTERROGATORY NO. 10**: At the time of the incident in question, list any insurance, excess insurance, "umbrella" coverage, general liability insurance, and other insurance in effect for Woods Brothers Trucking, LLC and for the owner of the trailer.

**ANSWER**:

**INTERROGATORY NO. 11:** Please identify each and every person you expect to call as an expert witness at the trial of this matter and for each expert witness, please state the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify, and summary of the grounds for each opinion.

**ANSWER**:

**INTERROGATORY NO. 12**: List the name, address, and telephone number of each person likely to have discoverable information about the claims and defenses in this case, even if you do not intend on calling that person as a witness.

**ANSWER**:

**INTERROGATORY NO. 13:**  Identify any nonparty who you claim is or may be liable to the claimant in part or in whole for the damages claimed but who has not been joined in the action as a party.

**ANSWER**:

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

IRPD : 000003 of 000012

3

Filed          21-CI-00175          09/01/2021          Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                        NOT ORIGINAL DOCUMENT
                                                        10/21/2021 11:23:46 AM
                                                        90489-14

**INTERROGATORY NO. 14**: Other than the incident at issue, please list all other incidents involving alleged personal injury in which the driver identified in Interrogatory No. 4 above, has been involved, either as an operator or passenger.

**ANSWER:**

**INTERROGATORY NO. 15:**  Did the driver in this case, complete an application for employment or any paperwork prior to employment by Woods Brothers Trucking, LLC?

**ANSWER:**

**INTERROGATORY NO. 16**: What maintenance has been performed on the tractor **or** trailer of the subject vehicle for the six (6) months prior to the collision. For each such maintenance, please list the following:

1. What prompted the maintenance visit;
2. Who performed the maintenance;
3. Who diagnosed the necessity for maintenance;
4. What diagnosis was rendered;
5. When were the repairs performed;
6. What, if any, parts were replaced; and,
7. Did the problem reoccur? If so, when?

**ANSWER:**

**INTERROGATORY NO. 17:**  Describe the load when the tractor trailer left that day, its number of stops, where it stopped, and the load at the time of the crash.

**ANSWER:**

**INTERROGATORY NO. 18:** Is there a bill of lading or any other document describing in detail, the entire load packaged in the trailer prior to the incident? If so, please list the custodian of each such documents, the title of each, the preparer and employer of each and attach a copy of said document to your responses hereto.

**ANSWER:**

4

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

IRPD : 000004 of 000012

Filed          21-CI-00175          09/01/2021          Eliza Jane York-Hansel, Rockcastle Circuit Clerk
NOT ORIGINAL DOCUMENT
10/21/2021 11:23:46 AM
90489-14

**INTERROGATORY NO. 19:** Did Woods Brothers Trucking, LLC inspect the semi-tractor trailer rig at the inception of the lease or contract?

**ANSWER:**

**INTERROGATORY NO. 20:** Identify the US DOT number displayed on the tractor-trailer on the date of the incident.

**ANSWER:**

**INTERROGATORY NO. 21:** Describe and explain in detail the method of calculating Fred T. Baldwin's pay, compensation, wages, salary, bonus, or commission at the time of the collision and one year prior.

**ANSWER:**

**INTERROGATORY NO. 22:** Who at Woods Brothers Trucking, LLC verified Fred T. Baldwin was in compliance with federal safety regulations?

**ANSWER:**

**INTERROGATORY NO. 23:** Describe all training that Woods Brothers Trucking, LLC provides or requires for its drivers/operators.

**ANSWER:**

**INTERROGATORY NO. 24:** At the time of this incident, was the cab equipped with a satellite communication device or e-mail capability, including a Qualicomm system such as SensorTRACS, TrailerTRACS, ViaWeb JTRACS, ProOmniOne, OmniExpress, FleetAdvisor, QTRACS fleet management system, TruckMAIL, GlobalTRACS, or a GPS product manufactured by any other company?

**ANSWER:**

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

IRPD : 000005 of 000012

5

Filed          21-CI-00175          09/01/2021          Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                         NOT ORIGINAL DOCUMENT
                                                         10/21/2021 11:23:46 AM
                                                         90489-14

**INTERROGATORY NO. 25**:  List the engine manufacturer of the tractor (i.e. Detroit Diesel, Cummins, Mack, Caterpillar) and the year it was made.

**ANSWER**:

## REQUESTS FOR PRODUCTION OF DOCUMENTS:

**REQUEST NO. 1**:  Please produce any and all accident and/or incident reports and investigations prepared by Defendant as a result of the crash other than the police report.

**RESPONSE**:

**REQUEST NO. 2**:  Please produce the accident register maintained as required by federal regulations.

**RESPONSE**:

**REQUEST NO. 3**:  If ISO certified, please produce all ISO Certification documents.

**RESPONSE**:

**REQUEST NO. 4**:  Please produce all documents prepared concerning all inspections.

**RESPONSE**:

**REQUEST NO. 5**:  Please produce all leases and contracts that were in effect for the cab and trailer.

**RESPONSE**:

**REQUEST NO. 6**:  Please produce the entire personnel file of Fred T. Baldwin.

**RESPONSE**:

**REQUEST NO. 7**:  Please produce the entire qualification file of Fred T. Baldwin.

**RESPONSE**:

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

IRPD : 000006 of 000012

6

Filed        21-CI-00175        09/01/2021        Eliza Jane York-Hansel, Rockcastle Circuit Clerk
NOT ORIGINAL DOCUMENT
10/21/2021 11:23:46 AM
90489-14

**REQUEST NO. 8**:  Please produce the entire drug and alcohol file of  Fred T. Baldwin including but not limited to pre-employment, post-accident, random, reasonable suspicion, and return to duty, drug and alcohol testing results.

**RESPONSE**:

**REQUEST NO. 9**:  Please produce the entire safety performance history file for Fred T. Baldwin.

**RESPONSE**:

**REQUEST NO. 10**: Please produce any other file kept concerning Fred T. Baldwin.

**RESPONSE**:

**REQUEST NO. 11**:  Please produce any and all payroll and benefit records for Fred T. Baldwin for five (5) years prior to the collision to one (1) year after.

**RESPONSE**:

**REQUEST NO. 12**: Please produce any and all cancelled checks of any kind paid to Fred T. Baldwin for twelve (12) months prior and six (6) months after the collision.

**RESPONSE**:

**REQUEST NO. 13**: Please produce all logs—official or unofficial—of Fred T. Baldwin for the six (6) months before the collision and for thirty (30) days after the collision.

**RESPONSE**:

**REQUEST NO. 14**:  Please produce any and all records of health insurance claims, disability claims, sickness or doctors' excuses of Fred T. Baldwin for the five (5) years prior to the collision.

**RESPONSE**:

**REQUEST NO. 15**:  Please produce all records of Fred T. Baldwin for the seven (7) days prior to the collision and for the day of the collision. Specifically, produce the following materials, as

7

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

IRPD : 000007 of 000012

you are required to retain under 49 C.F.R. § 395.8(k) and subsequent DOT guidance and interpretation

of "supporting documents":

      A. Bills of lading;
      B. Carrier pros;
      C. Freight bills;
      D. Dispatch records;
      E. Driver call-in records;
      F. Gate record receipts;
      G. Weight/scale tickets;
      H. Fuel billing statements;
      I. Toll receipts;
      J. International registration plan receipts;
      K. International fuel tax agreement receipts;
      L. Trip permits;
      M. Lessor settlement sheets;
      N. Port of entry receipts;
      O. Cash advance receipts;
      P. Delivery receipts;
      Q. Lumber receipts;
      R. Interchange and inspection reports;
      S. Over/short and damage reports;
      T. Agricultural inspection reports;
      U. Commercial Vehicle Safety Alliance reports;
      V. Accident reports;
      W. Telephone billing statements;
      X. Credit card receipts;
      Y. Driver fax reports;
      Z. On-board computer reports;
      AA. Border crossing reports;
      BB. Custom declarations;
      CC. Traffic citations;
      DD. Overweight/oversize reports and citations;
      EE. And/or other documents directly related to the motor carrier's operation which are retained by the motor carrier in connection with the operation of its transportation business.

**RESPONSE**:

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

IRPD : 000008 of 000012

8

Filed          21-CI-00175          09/01/2021          Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                         NOT ORIGINAL DOCUMENT
                                                         10/21/2021 11:23:46 AM
                                                         90489-14

**REQUEST NO. 16**:  Please produce any and all cellular and telephone records and bills of the Defendant for the day of the collision and seven (7) days prior.

**RESPONSE**:

**REQUEST NO. 17**:  Please produce any and all credit card bills and receipts for Fred T. Baldwin the month the collision occurred.

**RESPONSE**:

**REQUEST NO. 18**: Please produce copies of any and all fuel tax reports of Fred T. Baldwin for the year of this collision.

**RESPONSE**:

**REQUEST NO. 19**:  Please produce any and all state audits of Fred T. Baldwin for the year of this collision and three (3) years prior.

**RESPONSE**:

**REQUEST NO. 20**: Please produce any and all federal accident reports filed by Fred T. Baldwin the year of this collision and three (3) years prior.

**RESPONSE**:

**REQUEST NO. 21**: Please produce any and all DOT inspection reports filed by Fred T. Baldwin for the year of this collision and three (3) years prior.

**RESPONSE**:

**REQUEST NO. 22**: Please produce any and all long form DOT physicals of Fred T. Baldwin.

**RESPONSE**:

**REQUEST NO. 23**: Please produce any and all Seven Day Prior Forms or Eight Day Prior Forms for Fred T. Baldwin for the month of this collision.

**RESPONSE**:

9

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

IRPD : 000009 of 000012

Filed        21-CI-00175        09/01/2021        Eliza Jane York-Hansel, Rockcastle Circuit Clerk
NOT ORIGINAL DOCUMENT
10/21/2021 11:23:46 AM
90489-14

**REQUEST NO. 24**:  Please produce any and all DOT and State inspections of the tractor involved in the crash for the year of the collision and one (1) year prior.

**RESPONSE**:

**REQUEST NO. 25**:  Produce a copy of all contracts or leases in effect on the date of the collision for the tractor and trailer involved in the collision.

**RESPONSE**:

**REQUEST NO. 26**: Produce any photographs taken of the semi-tractor trailer operated by the driver at the scene of the collision, or any time after.

**RESPONSE**:

**REQUEST NO. 27**:  Produce copies of any documentation evidencing the completion or noncompletion of training programs and driver orientation programs by Fred T. Baldwin.

**RESPONSE**:

**REQUEST NO. 28**: Produce copies of any and all satellite communications and e-mails for the day of the collision and seven (7) days prior, as well as all recorded ECM data with reference to all data available, including:

   a. trip distance
   b. total vehicle driving time
   c. load factor
   d. vehicle speed limit
   e. maximum vehicle speed recorded
   f. number of hard brake incidents
   g. current engine speed (rpm)
   h. maximum and minimum cruise speed limits
   i. total vehicle driving distance
   j. fuel consumption (gal./hr.)
   k. idle time
   l. engine governed speed
   m. maximum engine speed recorded
   n. current throttle position

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

IRPD : 000010 of 000012

10

o. brake switch status (on/off)

p. odometer

q. trip driving time

r. overall fuel economy (mpg)

s. average driving speed

t. number of engine overspeeds

u. number of vehicle overspeeds

v. current vehicle speed (mph)

w. clutch switch status (on/off)

x. clock

**RESPONSE**:

**REQUEST NO. 29**: Produce all policies including liability, general liability, excess umbrella for the tractor and trailer and any other insurance that will cover or arguably cover this collision.

**RESPONSE**:

**REQUEST NO. 30**: Please produce a copy of the completion or noncompletion of any safe driving programs by Fred T. Baldwin.

**RESPONSE**:

**REQUEST NO. 31**: Please produce a copy of the driver manual or handbook issued to Fred T. Baldwin.

**RESPONSE**:

**REQUEST NO. 32**: Please produce a copy of the company safety rules issued to Fred T. Baldwin.

**RESPONSE**:

**REQUEST NO. 33**: Please produce the Permanent Unit File or its equivalent including, but not limited to, records relating to the repairs, maintenance, and costs for the tractor involved in the incident of July 15, 2020.

**RESPONSE**:

11

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

IRPD : 000011 of 000012

Filed          21-CI-00175      09/01/2021       Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                NOT ORIGINAL DOCUMENT
                                                10/21/2021 11:23:46 AM
                                                90489-14

RESPECTFULLY submitted this 1st day of September 2021:

/s/ Shea W. Conley
Shea W. Conley, Esq.
Morgan & Morgan, Kentucky, PLLC
333 West Vine Street, Suite 1200
Lexington, KY 40507
Telephone: (859) 286-8364
Facsimile: (859) 899-8108
sconley@forthepeople.com
*Counsel for Plaintiff*

Presiding Judge: HON. JOHN G. PRATHER JR. (628416)

IRPD : 000012 of 000012

12

Filed          21-CI-00175      09/01/2021       Eliza Jane York-Hansel, Rockcastle Circuit Clerk

Filed          21-CI-00175          10/08/2021          Eliza Jane York-Hansel, Rockcastle Circuit Clerk
                                                                NOT ORIGINAL DOCUMENT
                                                                10/21/2021 11:25:05 AM
                                                                90489-14

COMMONWEALTH OF KENTUCKY
ROCKCASTLE CIRCUIT COURT
DIVISION ___
CIVIL ACTION NO. 21-CI-00175

NEIL SINGLETON                                                    PLAINTIFF

v.                          **NOTICE OF ENTRY OF APPEARANCE**
                                   *Electronically Filed*

FRED T. BALDWIN and
WOODS BROTHERS TRUCKING, LLC                                    DEFENDANTS

*\* \* \* \* \* \* \* \* \**

        Comes the undersigned, the Honorable John G. McNeill, and files his Entry of

Appearance as counsel for Fred T. Baldwin and Woods Brothers Trucking, LLC, in the

above-styled civil action. The undersigned would respectfully request that any pleadings

be forwarded to his attention at the address indicated herein below and by electronic filing:

jmcneill@landrumshouse.com

                                Respectfully submitted,

                                JOHN G. MCNEILL (KY #46820)
                                LANDRUM & SHOUSE, LLP
                                106 West Vine Street
                                PO Box 951
                                Lexington, KY  40588-0951
                                jmcneill@landrumshouse.com
                                Telephone:    859-255-2424
                                Facsimile:    859-233-0308

                    BY:    */s/ JOHN G. MCNEILL*
                           ATTORNEY FOR DEFENDANTS

EA : 000001 of 000002

Filed          21-CI-00175          10/08/2021          Eliza Jane York-Hansel. Rockcastle Circuit Clerk
NOT ORIGINAL DOCUMENT
10/21/2021 11:25:05 AM
90489-14

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has this 8th day of

October, 2021, been electronically mailed to the following:

Shea W. Conley
Morgan & Morgan, Kentucky, PLLC
333 West Vine Street, Suite 1200
Lexington, KY  40507
sconley@forthepeople.com
*Counsel for Plaintiff*


BY:     */s/ JOHN G. MCNEILL*_____
        ATTORNEY FOR DEFENDANTS

EA : 000002 of 000002